IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ZANE HOLDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:09-cv-1082-JPG-DGW |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, et al. | ) |
| | ) |
| Defendants. | ) |

**THIRD AMENDED SCHEDULING ORDER**

Depositions upon oral examination, interrogatories, request for documents, and answers and responses thereto shall not be filed unless on order of the Court.

Disclosures or discovery under Rule 26(a) of the Federal Rules of Civil Procedure are to be filed with the Court only to the extent required by the final pretrial order, other order of the Court, or if a dispute arises over the disclosure or discovery.

Having reviewed the Proposed Amended Scheduling and Discovery Order and finding that the parties have complied with the requirements of Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), the Court hereby approves and enters the Proposed Amended Scheduling and Discovery Order, as modified by the Court.

A. **Discovery** shall be completed by **March 7, 2011.**

B. All **dispositive motions** shall be filed by **April 7, 2011**.

C. The settlement conference before Magistrate Judge Donald G. Wilkerson is **RESET** for **March 29, 2011 at 9:00 a.m.** in the East St. Louis Federal Courthouse. If the parties believe that a sooner or later settlement conference date will be beneficial, they may contact chambers.

D.	The Court's Order Regarding Discovery (Doc. 16) remains in effect.

**DATED:  February 25, 2011**

_____
**DONALD G. WILKERSON**
**United States Magistrate Judge**