IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ZANE HOLDER,<br><br>   Plaintiff,<br><br>  v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS and STATE OF ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES,<br><br>   Defendants. | No. 09-cv-1082-JPG |

## **JUDGMENT**

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Zane Holder and against defendants Illinois Department of Corrections and Illinois Department of Central Management Services in the amount of $1,222.10 for benefits wrongfully withheld and in the amount of $1,222.10 for liquidated damages, for a total judgment of $2,444.20.

**DATED: January 25, 2012**

                   **NANCY J. ROSENSTENGEL, Clerk of Court**

                   **By: s/ Jina Hoyt, Deputy Clerk**


**Approved:** s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**