`IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| Zane Holder, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   09-1082-JPG |
| | ) | |
| Illinois Department of Corrections, State of Illinois Department of Central Management Services, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**Plaintiff's Rule 59(e) Motion to Amend the Judgment**

NOW COMES the Plaintiff, Zane Holder [hereafter "Holder"], by and through his attorney, John A. Baker, and in support of this motion made pursuant to Fed.R.Civ.P 59(e), states as follows:

1.   On January 25, 2012 this Court entered judgment in favor of Holder (doc. 78). The judgment provided that Holder was entitled to judgment on his FMLA claim in the amount of $1,222.10 for benefits that were wrongfully withheld and $1,222.10 for liquidated damages.

2.   Under the FMLA, a prevailing plaintiff is entitled to prejudgment interest "at the prevailing rate" as a specific item of damages. 29 U.S.C. § 2617(a)(1)(A)(ii). The award of prejudgment interest is limited to damages for money that was wrongfully withheld and not for liquidated damages. *Id.*

3.   Courts considering what constitutes the "prevailing rate" under the

FMLA have calculated that as the federal prime rate. *Rasic v. City of Northlake*, 2010 U.S. Dist. LEXIS 86815 (N.D. Ill. 2010). The *Rasic* Court further found that interest should be compounded on a monthly basis.

4. The federal prime rate currently stands at 3.25%. See

www.federalreserve.gov/releases/h15/update/

5. The judgment that was entered in Holder's favor related to health insurance benefits for the month of January, 2008, however, the money was not withheld from Holder's pay until after that date. The money was withheld from Holder's pay as follows:

| Date | Amount |
| --- | --- |
| May 26, 2009 | $358.39 |
| July 10, 2009 | $357.80 |
| July 23, 2009 | $402.27 |
| August 10, 2009 | $436.39 |

By August 10, 2009, all $1222.10 had been withheld from Holder's pay. (See Exhibit 1 attached).

6. Using an interest rate of 3.25% compounding monthly, Holder would have accrued interest as follows:

| Date | Balance | Monthly Interest | New Balance |
| --- | --- | --- | --- |
| August 15, 2009 | $1222.10 | 0 | $1222.10 |
| September 15, 2009 | $1222.10 | $3.31 | $1225.41 |
| October 15, 2009 | $1225.41 | $3.31 | $1228.72 |

| | | | |
|---|---|---|---|
| November 15, 2009 | $1228.72 | $3.33 | $1232.05 |
| December 15, 2009 | $1232.05 | $3.34 | $1235.39 |
| January 15, 2010 | $1235.39 | $3.35 | $1238.74 |
| February 15, 2010 | $1238.74 | $3.35 | $1242.09 |
| March 15, 2010 | $1242.09 | $3.36 | $1245.45 |
| April 15, 2010 | $1245.45 | $3.37 | $1248.82 |
| May 15, 2010 | $1248.82 | $3.38 | $1252.20 |
| June 15, 2010 | $1252.20 | $3.39 | $1255.59 |
| July 15, 2010 | $1255.59 | $3.40 | $1258.99 |
| August 15, 2010 | $1258.99 | $3.41 | $1262.40 |
| September 15, 2010 | $1262.40 | $3.42 | $1265.82 |
| October 15, 2010 | $1265.82 | $3.43 | $1269.25 |
| November 15, 2010 | $1269.25 | $3.44 | $1272.69 |
| December 15, 2010 | $1272.69 | $3.45 | $1276.14 |
| January 15, 2011 | $1276.14 | $3.46 | $1279.60 |
| February 15, 2011 | $1279.60 | $3.46 | $1283.06 |
| March 15, 2011 | $1283.06 | $3.47 | $1286.53 |
| April 15, 2011 | $1286.53 | $3.48 | $1290.01 |
| May 15, 2011 | $1290.01 | $3.49 | $1293.50 |
| June 15, 2011 | $1293.50 | $3.50 | $1297 |
| July 15, 2011 | $1297 | $3.51 | $1300.51 |
| August 15, 2011 | $1300.51 | $3.52 | $1304.03 |
| September 15, 2011 | $1304.03 | $3.53 | $1307.56 |
| October 15, 2011 | $1307.56 | $3.54 | $1311.10 |

7. The Defendants maintain that they repaid Holder on or about October 25, 2011. Without conceding that Holder was paid the entire amount due to him at that time, Holder is willing to forego any additional prejudgment interest after October 15, 2011.

Wherefore, Holder respectfully requests that this Court enter an amended judgment reflecting an award that includes the prejudgment interest. Under the above calculations the amended judgment should provide that Holder is to receive:

1. $1,222.10 for benefits wrongfully withheld;
2. $1,222.10 for liquidated damages; and
3. $89 in prejudgment interest

for a total judgment of $2533.20.

Zane Holder

By: __/s/ John A. Baker__
His Attorney

John A. Baker, *lead counsel*
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62707
Telephone:       (217) 522-3445
Facsimile:        (217) 522-8234
E-mail:            john bakerlaw@sbcglobal.net

CERTIFICATE OF SERVICE

  This document was filed by relying upon this Court's ECF system.  No copies were served via U.S. Mail. All attorneys of record will receive a copy of this filing.

                By: <u>/s/ John A. Baker</u>


John A. Baker, *lead counsel*
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62707
Telephone:  (217) 522-3445
Facsimile:  (217) 522-8234
E-mail:  <u>john bakerlaw@sbcglobal.net</u>