IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| ZANE HOLDER,<br><br>       Plaintiff,<br><br>    v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS and STATE OF ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 09 C 1082<br>)<br>)<br>)  The Honorable<br>)  J. PHIL GILBERT,<br>)  Judge Presiding. |

**NOTICE OF APPEAL**

Notice is hereby given that ILLINOIS DEPARTMENT OF CORRECTIONS and STATE OF ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered against them in this action on January 25, 2012 (Docs. 77, 78).

                                    Respectfully submitted,

                                    ILLINOIS DEPARTMENT OF CORRECTIONS
                                    and STATE OF ILLINOIS DEPARTMENT OF
                                    CENTRAL MANAGEMENT SERVICES,

                                        Defendants,

                                    LISA MADIGAN, Attorney General,
Laura K. Bautista,  #6289023        State of Illinois,
Assistant Attorney General
500 South Second Street                 Attorney for Defendants,
Springfield, Illinois 62706
(217) 782-1841 Phone
(217) 524-5091 Fax                  BY:   \s\ Laura K. Bautista
                                          Laura K. Bautista
Of Counsel.                               Assistant Attorney General

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| ZANE HOLDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 09 C 1082 |
| ILLINOIS DEPARTMENT OF CORRECTIONS and ) | |
| STATE OF ILLINOIS DEPARTMENT OF CENTRAL ) | |
| MANAGEMENT SERVICES, ) | The Honorable |
| ) | J. PHIL GILBERT, |
| Defendants. ) | Judge Presiding. |

**Certificate of Service**

I hereby certify that on February 24, 2012, I electronically filed a **Notice of Appeal** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John A. Baker
johnbakerlaw@sbcglobal.net

and I hereby certify that on February 24, 2012, I mailed by United States Postal Service, the document to the following non-registered participant:

NONE

Respectfully submitted,

\s\ Laura K. Bautista
Laura K. Bautista
Assistant Attorney General

2