IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| ZANE HOLDER,  )  <br>  )  <br> Plaintiff, )  <br>  )  <br> v. )  <br>  ) No. 09 C 1082  <br> ILLINOIS DEPARTMENT OF CORRECTIONS and )  <br> STATE OF ILLINOIS DEPARTMENT OF CENTRAL )  <br> MANAGEMENT SERVICES, ) The Honorable  <br>  ) J. PHIL GILBERT,  <br> Defendants. ) Judge Presiding. | |

### CIRCUIT RULE 3(c) DOCKETING STATEMENT

**1. District Court Jurisdiction**

Plaintiff Zane Holder, a former employee of Defendant Illinois Department of Corrections, filed a complaint against the Department and Defendant Illinois Department of Central Management Services, alleging interference with his rights under the Family and Medical Leave Act (FMLA) (29 U.S.C.A. § 2601 et seq.). Doc. 2. The district court had jurisdiction over Plaintiff's FMLA claim pursuant to 29 U.S.C.A. § 2617(a)(1)(B).

**2. Appellate Court Jurisdiction.**

After the parties' cross-motions for summary judgment were denied (Doc. 48), a trial was held, and the jury returned a verdict against Plaintiff on October 27, 2011 (Docs. 65, 66). The district court, however, granted Plaintiff's motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(b), finding that Defendants violated Plaintiff's FMLA rights and awarded him $1222.10 in lost benefits. Doc. 77 at 3.

On January 25, 2012, the district court granted Plaintiff's motion for additional, statutory liquidated damages in the same amount (id. at 6), and a judgment was entered pursuant to Federal Rule of Civil Procedure 58 the same day (Doc. 78).

On February 15, 2012, Plaintiff filed a motion to amend the judgment, pursuant to Federal Rule of Appellate Procedure 59(e), asking the court to award statutory pre-judgment interest on the $1222.10 award for lost benefits. Doc. 79. However, because the calculation of the statutory pre-judgment interest "is free from dispute and is readily ascertainable from the record — that is, where only a ministerial calculation is required and [the reviewing court] could perform it as easily as the district court," the lack of that calculation in the Rule 58 judgment does not affect its finality. See Student Loan Marketing Ass'n v. Lipman, 45 F.3d 173, 175, 177 (7th Cir. 1995) (holding that motion for prejudgment interest falls under Rule 59, and if court intended to award prejudgment interest, its judgment would be incomplete and non-final unless merely ministerial interest calculation remained). This Court therefore has jurisdiction over Defendants' appeal pursuant to 28 U.S.C. § 1291.

                                    Respectfully submitted,

                                    ILLINOIS DEPARTMENT OF CORRECTIONS and STATE OF ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES,

                                    Defendants,

Laura K. Bautista,  #6289023  
Assistant Attorney General  
500 South Second Street  
Springfield, Illinois 62706  
(217) 782-1841 Phone  
(217) 524-5091 Fax  

Of Counsel.

LISA MADIGAN, Attorney General,  
State of Illinois,

Attorney for Defendants,

BY:   \s\ Laura K. Bautista  
Laura K. Bautista  
Assistant Attorney General

2

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| ZANE HOLDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 09 C 1082 |
| ILLINOIS DEPARTMENT OF CORRECTIONS and ) | |
| STATE OF ILLINOIS DEPARTMENT OF CENTRAL ) | |
| MANAGEMENT SERVICES, ) | The Honorable |
| ) | J. PHIL GILBERT, |
| Defendants. ) | Judge Presiding. |

**Certificate of Service**

I hereby certify that on February 24, 2012, I electronically filed a **Circuit Rule 3(c) Docketing Statement** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John A. Baker
johnbakerlaw@sbcglobal.net

and I hereby certify that on February 24, 2012, I mailed by United States Postal Service, the document to the following non-registered participant:

NONE

Respectfully submitted,

\s\ Laura K. Bautista
Laura K. Bautista
Assistant Attorney General