IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ZANE HOLDER,

    Plaintiff,

v.

ILLINOIS DEPARTMENT OF CORRECTIONS
and STATE OF ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES,

    Defendants.

No. 09-cv-1082-JPG

## **ORDER**

This matter comes before the Court on plaintiff Zane Holder's motion to amend the judgment pursuant to Federal Rule of Civil Procedure 59(e) to include an award of prejudgment interest pursuant to the Family and Medical Leave Act, 29 U.S.C. § 2617(a)(1)(A)(iii) (Doc. 79). The defendants have not responded to the motion.

In the absence of any objection, the Court **GRANTS** the motion (Doc. 79) and **DIRECTS** the Clerk of Court to enter an amended judgment adding an award of prejudgment interest in the amount of $89.00.

**IT IS SO ORDERED.**
**Dated:  April 20, 2012**

                                  s/J. Phil Gilbert
                                  **J. PHIL GILBERT**
                                  **DISTRICT JUDGE**