IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ZANE HOLDER,

    Plaintiff,

v.

ILLINOIS DEPARTMENT OF CORRECTIONS and STATE OF ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES,

    Defendants.

No. 09-cv-1082-JPG

## JUDGMENT OF ATTORNEY'S FEES

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Zane Holder and against defendants Illinois Department of Corrections and Illinois Department of Central Management Services in the amount of $24,620.63 in attorney's fees and in the amount of $1,486.79 in costs and expenses, for a total award of $26,107.42.

**DATED:** October 18, 2012    NANCY J. ROSENSTENGEL, Clerk of Court

    **s/ Jina Hoyt, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**